AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
| --- | --- | --- |
| | ) | |
| HEWLETT PACKARD ENTERPRISE ET Al., | ) | Case No.  2:23-00457 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                                                            .

Date:   10/09/2023                                                                   /s/ Qi Tong
                                                                                              *Attorney's signature*

                                                                                     Qi Tong CA SBN 330347
                                                                                     *Printed name and bar number*

                                                                                     RUSS, AUGUST & KABAT
                                                                                     12424 Wilshire Blvd, 12th Floor
                                                                                     Los Angeles, CA 90025

                                                                                     *Address*

                                                                                     ptong@raklaw.com
                                                                                     *E-mail address*

                                                                                     (310) 826-7474
                                                                                     *Telephone number*

                                                                                     (310) 826-6991
                                                                                     *FAX number*

Print    Save As...    Reset