AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| HEWLETT PACKARD ENTERPRISE ET Al., | ) | Case No. 2:23-00457 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC.

Date: 10/10/2023

/s/ Jacob Buczko
*Attorney's signature*

Jacob Buczko CA SBN 269405
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
*Address*

jbuczko@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*